| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HUCK, PAUL C. | 2. Court or Organization<br><br>SD-FL | 3. Date of Report<br><br>07/31/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT (SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>90 NE FOURTH STREET<br>MIAMI, FLORIDA 33132 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | UNIVERSITY OF MIAMI | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | SELF-EMPLOYED (RETAIL CLOTHING SALES CONSULTANT ) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | FLORIDA BAR | 6/26/17 | BOCA RATON, FL | PROFESSIONAL EVENT | TRAVEL AND LODGING |
| 3. | UNIVERSITY OF FLORIDA | 4/4/17 | GAINESVILLE, FL | PROFESSIONAL EVENT | TRAVEL AND LODGING |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (HEADER RAYMOND JAMES ACCT#1) | | | | | | | | | |
| 2. ALPHABET INC CAP STK CL A | | None | K | T | | | | | |
| 3. ALPHABET INC CAP STK CL C | | None | K | T | | | | | |
| 4. BERKSHIRE HATHAWAY INC CL B | | None | L | T | | | | | |
| 5. BROWN FORMAN CORP CL B | A | Int./Div. | L | T | Buy | 05/10/17 | K | | |
| 6. CHURCH & DWIGHT | A | Int./Div. | | | Sold | 01/30/17 | K | E | |
| 7. CLEVELAND CLIFFS INC | | None | K | T | Buy | 10/13/17 | K | | |
| 8. EXXON MOBIL CORP | C | Int./Div. | L | T | | | | | |
| 9. FACEBOOK INCORP CLASS A (FB) | | None | L | T | | | | | |
| 10. FORTIVE CORP | A | Int./Div. | L | T | Buy | 08/10/17 | K | | |
| 11. GENERAL ELECTRIC | A | Int./Div. | | | Sold | 08/15/17 | K | D | |
| 12. ISHARES TR CORE MSCI EAFE | B | Int./Div. | L | T | Buy | 05/26/17 | L | | |
| 13. JP MORGAN CHASE & CO | B | Int./Div. | L | T | | | | | |
| 14. LAUDER ESTEE COMPANIES INC CL A | A | Int./Div. | L | T | Buy | 02/22/17 | K | | |
| 15. MACYS INC | A | Int./Div. | | | Sold | 01/12/17 | K | A | |
| 16. MCCORMICK & CO INC | B | Int./Div. | | | Sold | 12/26/17 | L | B | |
| 17. MEDNEX INC | | None | | | Sold | 05/05/17 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MICROSOFT CORP | A | Int./Div. | K | T | Sold (part) | 09/28/17 | J | B | |
| 19. MUELLER WTR PRODUCTS INC SER A | | None | | | Sold | 02/27/17 | K | D | |
| 20. PACIRA PHARMACEUTICALS INC | | None | K | T | Buy | 07/24/17 | K | | |
| 21. PAYPAL HOLDGS INC | | None | K | T | Buy | 11/16/17 | K | | |
| 22. PEPSICO INC | B | Int./Div. | L | T | | | | | |
| 23. PROGRESSIVE CORP OHIO | A | Int./Div. | L | T | Buy | 04/12/17 | K | | |
| 24. RANGE RES CORP | | None | | | Buy | 03/14/17 | K | | |
| 25. RANGE RES CORP | A | Int./Div. | | | Sold | 11/8/17 | K | A | |
| 26. RAYMOND JAMES BANK DEP | A | Int./Div. | M | T | | | | | |
| 27. RAYTHEON CO | B | Int./Div. | L | T | | | | | |
| 28. SCHEIN HENRY INC | | None | | | Sold | 10/27/17 | L | E | |
| 29. SCOTTS MIRACLE GRO CLASS A | A | Int./Div. | | | Sold | 09/16/17 | K | C | |
| 30. SCRIPPS E W COMPANY OHIO CLASS A | | None | | | Sold | 05/08/17 | K | C | |
| 31. SIRIUS XM HOLDINGS | B | Int./Div. | | | Buy | 03/09/17 | K | | |
| 32. SIRIUS XM HOLDINGS | | None | | | Sold | 05/19/17 | K | A | |
| 33. STARBUCKS CORP | B | Int./Div. | L | T | | | | | |
| 34. TITAN INTERNATIONAL | | None | | | Buy | 02/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TITAN INTERNATIONAL | A | Int./Div. | | | Sold | 10/12/17 | J | A | |
| 36. TREASURY WINE ESTATES LTD SP ADR AUSTRALIA | A | Int./Div. | | | Sold | 03/13/17 | K | D | |
| 37. WASTE CONNECTIONS INC | A | Int./Div. | K | T | Buy (add'l) | 07/05/17 | K | | |
| 38. ZOETIS INC CL A | A | Int./Div. | K | T | Buy | 12/26/17 | K | | |
| 39. (HEADER) RAYMOND JAMES ACCT #2 | | | | | | | | | |
| 40. ALTRIA GROUP INC | B | Int./Div. | K | T | | | | | |
| 41. AT&T INC | A | Int./Div. | | | Sold | 04/24/17 | K | A | |
| 42. BROWN FORMAN CORP CL B | A | Int./Div. | L | T | Buy | 05/10/17 | K | | |
| 43. CITIGROUP INC NTS ISISN | | None | | | Buy | 11/14/17 | L | | |
| 44. CITIGROUP INC NTS ISISN | | None | | | Sold | 12/13/17 | L | A | |
| 45. CITIGROUP INC NTS OID ISIN | C | Int./Div. | M | T | | | | | |
| 46. CLEVELAND CLIFFS INC | | None | | | Buy | 07/24/17 | K | | |
| 47. CLEVELAND CLIFFS INC | A | Int./Div. | | | Sold | 09/14/17 | K | A | |
| 48. CORNING INC NTS ISIN | A | Int./Div. | | | Redeemed | 11/15/17 | L | A | |
| 49. DELL TECHNOLOGIES INC CL V | A | Int./Div. | K | T | Buy | 09/06/17 | K | | |
| 50. HALLIBURTON COMPANY | A | Int./Div. | K | T | Buy | 09/21/17 | K | | |
| 51. INFINITY PROP & CASUALTY NTS ISIN | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JOHNSON & JOHNSON | B | Int./Div. | L | T | | | | | |
| 53. LOCKHEED MARTIN CORP | C | Int./Div. | M | T | | | | | |
| 54. MARATHON OIL CORPORATION NTS | A | Int./Div. | | | Redeemed | 08/14/17 | M | B | |
| 55. MCCORMICK & CO INC COM NON VTG | D | Int./Div. | | | Sold | 12/26/17 | L | D | |
| 56. MICROSOFT CORP | B | Int./Div. | L | T | Sold (part) | 09/28/17 | J | C | |
| 57. MONMOUTH REAL ESTATE INVT CORP | A | Int./Div. | K | T | | | | | |
| 58. MONTPILIER RE HOLDINGS LTD NTS ISIN | B | Int./Div. | L | T | | | | | |
| 59. NEXTERA ENERGY INC | B | Int./Div. | L | T | | | | | |
| 60. PAYPAL HOLDG INCORPORATED | | None | K | T | Buy | 11/24/17 | K | | |
| 61. PEPSICO INCORPORATED | B | Int./Div. | L | T | | | | | |
| 62. PROGRESSIVE CORPORATION OHIO | A | Int./Div. | L | T | Buy | 05/05/17 | K | | |
| 63. RAYMOND JAMES BANK DEPOSIT | A | Int./Div. | M | T | | | | | |
| 64. RAYTHEON CO COM | B | Int./Div. | L | T | | | | | |
| 65. RED HAT INCORPORATED | | None | L | T | | | | | |
| 66. REGIONS FINANCIAL CORP NTS ISIN | A | Int./Div. | L | T | Buy | 06/17/17 | L | | |
| 67. SCHNITZER STEEL INDUSTRIES CL A | | None | | | Buy | 06/09/17 | K | | |
| 68. SCHNITZER STEEL INDUSTRIES CL A | | None | | | Sold | 09/15/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCRIPPS E W COMPANY OHIO CLASS A | A | Int./Div. | | | Sold | 05/08/17 | K | A | |
| 70. TRACTOR SUPPLY COMPANY | A | Int./Div. | K | T | Buy | 12/26/17 | K | | |
| 71. UMH PPTYS INCROPORATED REIT | B | Int./Div. | | | Sold | 01/30/17 | K | C | |
| 72. UNITED INS HLDGS CORP | B | Int./Div. | | | Sold | 01/30/17 | K | C | |
| 73. VERIZON COMMUNICATIONS INC | A | Int./Div. | | | Sold (part) | 04/24/17 | J | A | |
| 74. VERIZON COMMUNICATIONS INC | A | Int./Div. | | | Sold | 04/24/17 | K | A | |
| 75. WASTE CONNECTIONS INC | A | Int./Div. | M | T | | | | | |
| 76. (HEADER) RAYMOND JAMES ACC #3) | | | | | | | | | |
| 77. ALABAMA POLLUTION CTL AUTH | B | Int./Div. | L | T | | | | | |
| 78. AMERICAN INTL GROUP INC NTS ISIN | B | Int./Div. | L | T | | | | | |
| 79. AMGEN INC NTS ISIN | C | Int./Div. | M | T | | | | | |
| 80. ASPEN INS HOLDINGS LTD NTS ISIN | B | Int./Div. | L | T | | | | | |
| 81. AT&T INC | A | Int./Div. | | | Sold | 04/24/17 | K | A | |
| 82. CASELLA WASTE SYSTEMS INC CL A | | None | K | T | Buy | 12/15/17 | K | | |
| 83. COMPUTER SCIENCES CORP | C | Int./Div. | M | T | | | | | |
| 84. FL STATE BRD ED SER A | C | Int./Div. | M | T | | | | | |
| 85. GMAC CAPITAL TRUST I GTD TR PFO | B | Int./Div. | | | Redeemed | 07/15/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | HEWLETT PACKARD COMPANY NTS ISIN | B | Int./Div. | L | T | | | | | |
| 87. | ISHARES TR CORE MSCI EAFE | B | Int./Div. | L | T | Buy | 06/09/17 | L | | |
| 88. | MASSACHUSETTS ST DEV FIN AGY REV | C | Int./Div. | | | Redeemed | 12/13/17 | L | A | |
| 89. | MCCORMICK & COMPANY | A | Int./Div. | L | T | | | | | |
| 90. | NEXTERA ENERGY INC | B | Int./Div. | K | T | | | | | |
| 91. | PROGRESSIVE CORPORATION OHIO | | None | K | T | Buy | 12/15/17 | K | | |
| 92. | RAYMOND JAMES BANK DEPOSIT | A | Int./Div. | M | T | | | | | |
| 93. | VIRGINIA COLLEGE BLDG AUTH VA EDL FA | C | Int./Div. | M | T | | | | | |
| 94. | WELLS FARGO & COMPANY MTN ISIN | C | Int./Div. | M | T | | | | | |
| 95. | (HEADER) RAYMOND JAMES ACCT#4 | | | | | | | | | |
| 96. | RAYMOND JAMES BANK DEPOSIT ACCT | A | Int./Div. | K | T | | | | | |
| 97. | (HEADER) OTHER INVESTMENTS | | | | | | | | | |
| 98. | GIBRALTER BANK CHECKING & MM ACCT | A | Int./Div. | K | T | | | | | |
| 99. | 1141 INVESTMENTS LLC | D | Int./Div. | L | U | | | | | |
| 100. | 22 LANTERN LLC CLASS B | A | Rent | J | U | | | | | |
| 101. | 22 LANTERN LLC CLASS C | | None | K | U | | | | | |
| 102. | 22 LANTERN LLC CLASS D | | None | K | U | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EZGREEN ASSOC LLC | | None | J | U | | | | | |
| 104. HTG CRYSTAL COVE INVEST 10 PLUS LLC | A | Distribution | M | U | | | | | |
| 105. HTG CRYSTAL COVE INVEST II LLC | | None | K | U | | | | | |
| 106. KENDALL LAKES APTS LLC CLASS B | A | Rent | J | U | | | | | |
| 107. KENDALL LAKES APTS LLC CLASS C | | None | K | U | | | | | |
| 108. KENDALL LAKES APTS LLC CLASS D | | None | K | U | | | | | |
| 109. LAKEHOUSE I LTD | E | Rent | J | U | | | | | |
| 110. MARATHON LENDING CO II LLC | | None | K | U | | | | | |
| 111. MARATHON LENDING CO LLC | | None | K | U | | | | | |
| 112. NW 6 LLC | C | Int./Div. | L | U | | | | | |
| 113. OMAN TRUSTEE-WALDIN 5 | A | Int./Div. | J | U | | | | | |
| 114. TR-1 LLC | A | Int./Div. | K | U | | | | | |
| 115. TR-2 LLC | C | Int./Div. | L | U | | | | | |
| 116. TR-3 LLC | A | Int./Div. | | | Sold | 12/31/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed in Part VII, lines 114, 118, 120, 124, 128, 129, 130, 139, 142, 143, 148, 152, and 153 of the 2016 report under YaYa Investment Club are not reportable, as the value of each such item is below the reporting threshold. (Y)

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 07/31/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAUL C. HUCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544